RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 22 2021

JEFFREY P. COLWELL
CLERK

To: The united states Court
From: Andrew Plawney Dimitri

During the past few weeks of having things and having this packet I have Been harrassed and threatened to the point I feel this is Retaliation an Brutallility against me for reasons unknown to I've Been getting told that I'm a "wiger" and act's Ignorant Because I hang around the oppisite race other than myself. The Deputys here at the criminal Justice center are in Direct violation of their own Policices and Regulations, such as every Inmate shouldn't Be Discriminated against and on top of that has equal chance to go to the law Library to look up Things for their things and for court cases I and a few particular Individauls have seen the events happen an I their words "This is the most outragouse and unethical Irrational preposterous Jail in Colorado" even for me as A Native my Grandmother is afraid for our saftey and is afraid.

that our right's will Be violated as for freedom of speech and the right to feel safe from Goverment Brutality and retalliation - as I said Particular individal are Being falsley accussed for NO Apparent resons that we cant explain

Sincerly

Andrew D Plauney
A334490
criminal Justice center
2739 E las vegas street
colorado springs Co 80906

DENVER CO 802
20 SEP 2021 PM 7 L



office of the Clerk
united states court house
901-19th street Room A105
Denver, Co 80294-3589

80294-250099